Certificate Number: 03621-FLS-CC-037109546



03621-FLS-CC-037109546

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 16, 2023, at 12:11 o'clock PM EST, Venus M Jones received from Credit Card Management Services, Inc. d/b/a Debthelper.com, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   January 16, 2023            By:    /s/Bill Sheehan

                                    Name:  Bill Sheehan

                                    Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).